**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Brenda Judkins

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv 30
ct & M proc.    40

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LeePosey Daniles, Warden
Montgomery Pre-Release
P.O. Box 75
Mt. Meigs, AL  36057

2. Article Number
7006 2760 0002 8193 2313

Service
Domestic Return Receipt

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Caldwell
   Montgomery Pre-Release
   P.O. Box 75
   Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Cororda Sidkins

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   2:07CV30
   c+o of proc.    40

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   Transfer from service label
   7006 2760 0002 8193 2320

102595-02-M-1540

Domestic Return Receipt