(TO) United States District Court
    Middle District of Alabama
       * Clerk *
    Post Office Box 711
    Montgomery, Alabama 36101-0711

Date: 2/21/07

Case #: 2:07-CV-30-MHT

From: James L. Boyington
    37056 Hester's Store Road
    Red Level, Alabama 36474

In Re: Address Change Notification

Honorable Clerk,

    As of February 21, 2007, the Plaintiff in the above listed case number 2:07-CV-30-MHT will receive all correspondence in regards to at the following address:

        James L. Boyington
        37056 Hester's Store Road
        Red Level, Alabama 36474

    Your immediate attention is greatly appreciated.

                Respectfully,

                */s/ James L. Boyington*

MONTGOMERY AL 361
22 FEB 2007 PM 1 L

To: United States District Court
Middle District of Alabama
* Clerk *
Post Office Box 711
Montgomery, Alabama.
36101-0711

James L. Boyington
37056 Hester's Store Road
Red-Level, Alabama 36474

LEGAL MAIL

This correspondence is forwarded
from an Alabama ...
has not been ...
Department of C...
for the substance ...
communication.

36101+0711