IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES L. BOYINGTON, #235 843 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-30-MHT |
| LEEPOSEY DANIELS, WARDEN II, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Defendants' response filed March 7, 2007, it is

ORDERED that on or before March 20, 2007 Defendants file a written report to the complaint as directed by court order entered February 2, 2007.[1]

DONE, this 8th day of March 2007.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a notice of address change on February 26, 2007 which reflects that his current address is 37056 Hester's Store Road, Red Level, Alabama 36474.