IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| JAMES L. BOYINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV- 00030-MHT-SRW |
| | ) |
| LEEPOSEY DANIELS, WARDEN | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Officer Caldwell, Leeposey Daniels, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**X**   This party is an individual, or

☐   This party is a governmental entity, or

**X**   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                  Relationship to Party

_____        _____

1/16/2008                                          /s/Albert S. Butler
Date                                                Counsel Signature

                                                    Leeposey Daniels and Officer Caldwell
                                                    Counsel for (print names of all parties)

                                                    301 S. Ripley St.
                                                    P.O. Box 301501, Montgomery, AL 36130
                                                    Address, City, State Zip Code

                                                    334-353-3885
                                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of January, 2008, to:

James L. Boyington
37056 Hester's Store Road
Red Level, AL 36474


| 1/16/2008 | /s/Albert S. Butler |
|---|---|
| Date | Signature |