IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES L . BOYINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv30-MHT |
| | ) | (WO) |
| LEEPOSEY DANIELS, WARDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of defendant and against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of December, 2008.

                                              /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE